<sub>JS 45</sub> (5/97) - (Revised USAO MA 22-cr-10068-DJC   Document 1-2   Filed 07/29/21   Page 1 of 2

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | FBI |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. ____  Case No. ____ | | |
| | Same Defendant ____  New Defendant ____ | | |
| | Magistrate Judge Case Number ____ | | |
| | Search Warrant Case Number  21-MJ-6092-MPK | | |
| | R 20/R 40 from District of ____ | | |

**Defendant Information:**

Defendant Name: ROBERT POLANCO    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: ____

Address: (City & State)

Birth date (Yr only): 1964   SSN (last4#): 8686   Sex: M   Race: ____   Nationality: ____

**Defense Counsel if known:** ____    Address: ____

**Bar Number** ____

**U.S. Attorney Information:**

AUSA: Kriss Basil    Bar Number if applicable: 673074

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** ____

☐ Already in Federal Custody as of ____ in ____ .
☐ Already in State Custody at ____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____ on ____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty    ☐ Misdemeanor    ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/29/2021    Signature of AUSA: /s/ Kriss Basil

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERT POLANCO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(a)(3)(A), (B) | Money Laundering | Count 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | Count 2 |
| Set 3 | 18 U.S.C. § 1343 | Wire fraud | Count 3 |
| Set 4 | 18 U.S.C. § 1349 | Conspiracy to commit wire fraud | Count 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____